# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00138-CV

**James Kerry Aaron, Appellant**

**v.**

**Tanja Aaron, Appellee**

### FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY
### NO. 15,589, THE HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on May 9, 2024. On May 24, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by June 3, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: June 28, 2024